1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |  |
|---|---|---|
| ROXLEY OLADIPO PRATT, | ) | Case No. 2:23-cv-02130-RGK-JDE |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT |
| | ) | AND RECOMMENDATION OF |
| v. | ) | UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint
(Dkt. 1), Defendant's Answer (Dkt. 10) and supporting materials, Plaintiff's
Brief (Dkt. 15), Defendant's Brief (Dkt. 20), Plaintiff's Reply (Dkt. 23), and the
Report and Recommendation of the assigned United States Magistrate Judge
(Dkt. 15, "Report"). No party filed timely objections to the Report. The Court
accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this matter with prejudice.


Dated: 11/14/2023

_____
R. GARY KLAUSNER
United States District Judge