JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROXLEY OLADIPO PRATT, | Case No. 2:23-cv-02130-RGK-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

Dated: 11/14/2023

_____
R. GARY KLAUSNER
United States District Judge